## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                 CASE NO.  3:97cr24LAC

GUS JONES

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on  MAY 13, 2008

Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) and Sealed Document in Support

Filed by DEFENDANT PRO SE   on 5/8/2008   Doc.# 111 & 112

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated     ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)     Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 1st day of July, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Pursuant to the guideline amendments, a defendant who is held responsible for over 4.5 kilos of cocaine base does not receive relief from Amendment 706 and 711. The defendant is responsible for the distribution of 5 to 10 kilograms of cocaine base, which is over the 4.5 kilograms of cocaine base to trigger the amendment. In addition, defendant was and would still today be facing a mandatory life sentence. Defendant was sentenced to 180 months, a sentence well below the mandatory life sentence, as a result of a 5K1.1 motion and a Rule 35 motion filed by the Government. Based upon the facts and circumstances of this case, 180 months is still the appropriate sentence.*

Entered On Docket: _____ By: _____

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to: _____

*s/L.A. Collier*

***LACEY A. COLLIER***
***Senior United States District Judge***

Document No.