# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO. 3:97cr24 LAC

GUS JONES

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   July 21, 2008

Motion/Pleadings: OBJECTION TO COURT'S ORDER / REQUEST RECONSIDERATION OF DENIAL OF DEFT'S TITLE 18 U.S.C. 3582(c)(2) MOTION

Filed by  DEFENDANT PRO SE   on 7/21/08   Doc.# 114

RESPONSES:

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
Deputy Clerk: Mary Maloy

LC (1 OR 2)

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 22nd day of July, 2008, that:*

*(a) The relief requested is* ***DENIED.***

*(b)* _____

*s/L.A. Collier*
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.